**Joseph Cooper** **7/10/2019**

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 11 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

**VS**

**Summerlin Hosptial Medical Center**

**Joseph Cooper**
**848 N. Rainbow Blvd #9071**
**Las Vegas, NV 89107**

**Tel: (702)980-2210**
**Email: JosephCooper7614@Gmail.com**

**2:19-cv-01210-RFB-CWH**

**My open statement: Pleading for Federal Indians Bill of Right {28. U.S.C. & 1360 Codes.}**

(On day of April 16,2019)

Apporximately at 3:50 pm

I was at Starbuck Café on 8780 W. Charleston Blvd #105 Las Vegas, NV 89117 and having a moderates body chemical reaction to my mouth, lungs, and breathing problems from my 2005 Dodge Ram 2500 5.7 liter V8 Hemi Truck, working on it and chemical were overwhelm for my breathing and inhaling too much strong odors of the chemical. I had call the 911 dispatcher and told them need some assistance from paramedic. However, two young white males were assistance me with medical attention on the property of Starbuck parking lots.

My breathing were getting real heavy and out of breath and losing some consciousness from my whole body. My neck were stiffness, and chest was hurting and veins in pain. I had waiting in the emergency room for 4 hours and complaining chest pain and coughing. The nursing were non responses to my need of emergency help and denied me for services and was deciding to call another paramedic to escort me out Summerlin Hosptial.

Spring Valley Medical Hosptial for better service medical needs.

Male nurse decides to lures me to psychosis ward room in a wheelchair with misbehavior security guards too. I was telling the supervisor of medical staff were having little chest pain of chemical reaction due from the truck cleaning previous my arrived in the hospital.

They had strap me down with leather padded wrist and ankles shackles to the bed of room.

I was advised them were feeling nausea and lightheaded from chemical poison.

The nurse began to injection me with( IV needles) into my veins and calmly told her not to do it.

Without my consent of performing medical procedures from me and wanting make sure that my American Indians spiritual beliefs weren't violated anyway shape of form from the medical staff. The nurse injected me with anti-relaxtion medication to put me to sleep, and while I was out of conscious and they had ripped out the needles out of my right arm vein and very visible to see from my distance away and very out of anormal shape and stick out and my vein is painful. Therefore, nurse didn't alert me to see my vein was ruin it and I can rub my hand over it and feel the vein in a bad shape and useful to perform another emergency (IV needles injection) in just case heart attack or strokes and can be avoided due to my medical malpractice from Summerlin Hosptial Medical Center.

Whoever, was in charge the procedure is liable for the damages and body harm to my health.

I am legally to receive monetary payment due to recursion medical treatment at the facility.

Besides the countless bad behavior from medical staff and nursing were unprofessional team couln't diagnosed my chemical illness. I will have my day in the court of Native American Indians Federal Act was violation and crimes were committed by whole staff.

Article 1 and Section 8- Clause 3 American Indians Bill of Rights

United States vs Holiday, 70 U.S. (3 wall.) 407 (1866) treaty of law.

Native American Indian Health Act/ Article 1 U.S. Code 25 U.S.C / Clause 4 Any health provider is subject to maintain professional medical standard toward American Indians of United States and are not to be abused by State medical facility under the jurisdiction of federal authority and can't force federally recognized tribes to be engaged in state medical procedure are prohibition under the supreme treaty of land.

Neverthless, boundaries of jurisdiction of United States of American and members of Cherokee and Choctaw Nation statues code. Health provider must report this matter to the B.I.A. office facility.

American Indian Health Act/ Snyder Act of 1921 (25 U.S.C. 13) enacted by members of Congress.

However, this Summons will be enforced by federal authority of the United States of American. Judgement will be monitor by Attorney and Court of law and will be mandated of statue codes and will be recorded for court documents procedure. Therefore, it will not be allotted out or edited or copyright for court dockets case. Attorney and defendant have the right to view the evidence of the case and violation of the treaty law. Will be reviews by Nevada District Court of United States and there is any American Indian Bill Rights were violated under the law.

Native American Indian Health Act/ Article 1 U.S. Code 25 U.S.C clause 4 Any health provider are subject to maintain professional medical standard toward American Indians of United of States and are not to abused their authority under treaty law of land. Therefore, which can't force any federally recognized tribes to refused medical treatment at any facility. Neverthless,boundaries of jurisdiction of United States and members of Cherokee and Choctaw territory inside the tribal sovereign authority is protect from state authority from medical abused.

REFUSED.

MISSISSIPPI CHOCTAW INDIANS.

REJECTED